**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL TODD )<br>    Plaintiff )<br>                                )<br>                                )<br>v. )<br>                                )<br>CHIROMED PAIN TREATMENT, PC, )<br>METRO MARKETNG, L.L.C., )<br>ARIEL FREUD )<br>    Defendants ) | Case No. 11-cv-5847<br><br>Judge: Hon. Sharon Johnson Coleman<br><br>Magistrate Judge :Hon. Geraldine Soat |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

COMES NOW the Plaintiff, Michael Todd, *pro se*, and respectfully requests this Court to dismiss this case with prejudice and in support of his Motion to Dismiss With Prejudice states as follows:

1.  Plaintiff and all defendants have entered into a settlement in this case.

2.  Pursuant to the settlement, Plaintiff requests this Court dismiss this case with prejudice, with each party to bear its own costs.

WHEREFORE, Plaintiff requests this Court dismiss the case with prejudice.

Dated: November 10, 2011

Respectfully submitted:/s/ Michael Todd
Michael Todd, Plaintiff, pro se
9134 Del Prado Dr., 2N
Palos Hills, IL 60465
708-576-8156
mtodd75682@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically on the 10th day of November, 2011. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing sysyem:

Jeffrey Bunn
jbunn@hbmlaw.com


/s/ Michael Todd
Michael Todd